UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICOLE A. CALDWELL, as personal representative of the ESTATE OF DYLAN A. FURFORD,<br><br>                    Plaintiff,<br><br>        v.<br><br>PACIFIC DYNASTY, INC., a Washington for-profit corporation,<br><br>                    Defendant. | NO.<br><br>**COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH** |

       COMES NOW, plaintiff, Nicole A. Caldwell, as personal representative of the Estate of Dylan A. Furford, and for cause of action against defendant Pacific Dynasty, Inc., alleges as follows:

       1.     JURISDICTION.  This is an action by the personal representative of the estate of a seaman for wrongful death against decedent's employer and the owner and operator of a vessel operating in navigable waters of the United States.  Jurisdiction exists under 28 U.S.C. § 1331, the Jones Act, 46 U.S.C. § 30104, and the general maritime law.

       2.     VENUE.  At all times material, defendant Pacific Dynasty, Inc. was a Washington for-profit corporation doing business in Westport, Washington within the Southern

COMPLAINT FOR DAMAGES
FOR WRONGFUL DEATH  - 1

**KRAFT DAVIES OLSSON P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA  98101
Ph. (206) 624-8844

Division of the Western District of Washington and was the owner and operator of the F/V PACIFIC DYNASTY and employed Dylan A. Furford as a member of the crew.

3. PARTIES.

a. At all times material, plaintiff Nicole A. Caldwell was and is the duly appointed personal representative of the Estate of Dylan A. Furford, the natural mother of Dylan A. Furford, and a resident of Copalis Crossing, Grays Harbor County, Washington within the Southern Division of the Western District of Washington.

b. At all times material, defendant Pacific Dynasty, Inc. was a Washington for-profit corporation based in Westport, Grays Harbor County, Washington within the Southern Division of the Western District of Washington and the owner and operator of the F/V PACIFIC DYNASTY and employed Dylan A. Furford as a member of the crew.

4. LIABILITY. On or about, July 2, 2020, decedent Dylan A. Furford was employed by defendant Pacific Dynasty, Inc. as a member of the crew onboard the F/V PACIFIC DYNASTY, which was operating in navigable waters of the United States off the shores of Tugidak Island, Alaska. At that time and place, defendant was negligent and the vessel was unseaworthy in that defendant failed to properly supervise the crew, failed to provide safe ingress and egress from Tugidak Island to the vessel, failed to implement safe procedures for travel to and from shore, failed to provide decedent with a safe place to work, failed to properly train the crew, failed to properly and safely operate the skiff from shore to the vessel, failed to maintain communication with the crew, failed to provide a skiff that was reasonably fit for travel through white water sea conditions, and failed to instruct the crew on safety measures. For these reasons, and additional reasons likely to be discovered through the discovery process in this lawsuit, defendant was negligent and the vessel was unseaworthy. As a direct and proximate result of defendant's negligence and the unseaworthiness of the vessel, decedent Dylan A. Furford drowned in the waters off Tugidak Island, Alaska on or about July 2, 2020.

COMPLAINT FOR DAMAGES
FOR WRONGFUL DEATH - 2

**KRAFT DAVIES OLSSON P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA 98101
Ph. (206) 624-8844

5. <u>JURY DEMAND.</u>  Plaintiff respectfully asks for a jury trial pursuant to Fed. R. Civ. P. 38.

6. <u>DAMAGES.</u>  As a direct and proximate result of defendant's negligence and the unseaworthiness of the vessel, decedent Dylan A. Furford died at the age of 22, leaving his surviving natural parents Nicole A. Caldwell and Russell D. Furford.  As personal representative of the Estate of Dylan A. Furford, plaintiff Nicole A. Caldwell is entitled to recovery of damages for the Estate for decedent's pre-death pain and suffering and other damages allowed under the Jones Act, 46 U.S.C. § 30104, and general maritime law.

WHEREFORE, plaintiff prays for damages to be awarded against defendant in an amount to be determined by the presentation of evidence at the time of trial, together with prejudgment interest on the award, and her taxable costs.

DATED this 2nd day of September, 2021.

By: s/Richard J. Davies
s/Marissa A. Olsson
Richard J. Davies, WSBA No. 25365
Marissa A. Olsson, WSBA No. 43488
KRAFT DAVIES OLSSON, PLLC
600 University Street, Suite 1904
Seattle, Washington  98101
Telephone: (206) 624-8844
Fax: (866) 231-2499
E-mail:  RJD@admiralty.com
E-mail:  MAO@admiralty.com

Attorneys for Plaintiff Nicole A. Caldwell, as personal representative of the Estate of Dylan A. Furford

COMPLAINT FOR DAMAGES
FOR WRONGFUL DEATH  - 3

KRAFT DAVIES OLSSON P.L.L.C.
600 University Street, Suite 1904
Seattle, WA  98101
Ph. (206) 624-8844