THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NICOLE A. CALDWELL, as personal representative of the ESTATE OF DYLAN A. FURFORD,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC DYNASTY, INC., a Washington for-profit corporation,<br><br>Defendant. | No. 3:21-CV-05644-JHC<br><br>STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

Plaintiff Nicole A. Caldwell, as personal representative of the Estate of Dylan A. Furford ("Plaintiff"), and Defendant Pacific Dynasty, Inc. ("Defendant"), by and through their undersigned attorneys, hereby agree and stipulate to the dismissal of all claims in the above-captioned action with prejudice and without fees or costs to either party for the reason that this action has been settled by the parties.

//

//

{29737-00825050;2}
STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – Page 1
No. 3:21-cv-05644

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 10th day of June, 2022.

| | |
|---|---|
| *s/Richard J. Davies* <br> *s/Marissa A. Olsson* <br> RICHARD J. DAVIES, WSBA #25365 <br> MARISSA A. OLSSON, WSBA #43488 <br> KRAFT DAVIES OLSSON, PLLC <br> 600 University Street, Suite 1904 <br> Seattle, Washington 98101 <br> Telephone: (206) 624-8844 <br> Fax: (866) 231-2499 <br> E-Mail: RJD@admiralty.com <br> E-Mail: MAO@ADMIRALTY.COM <br><br> *Attorneys for Plaintiff Nicole A. Caldwell, as personal representative of the Estate of Dylan A. Furford* | *s/Daniel J. Park* <br> *s/Eric R. McVittie* <br> *s/Peter J. Balzarini* <br> DANIEL J. PARK, WSBA #43748 <br> ERIC R. MCVITTIE, WSBA #20538 <br> PETER J. BALZARINI, WSBA # 52854 <br> LEGROS BUCHANAN & PAUL <br> 4025 Delridge Way SW, Suite 500 <br> Seattle, WA 98106 <br> Telephone: (206) 623-4990 <br> Fax: (206) 467-4828 <br> E-Mail: dpark@legros.com <br> E-Mail: emcvittie@legros.com <br> E-Mail: pbalzarini@legros.com <br><br> *Attorneys for Defendant Pacific Dynasty, Inc.* |

{29737-00825050;2}
STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – Page 2
No. 3:21-cv-05644

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## ORDER

Based on the foregoing stipulation of the parties, it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice and without fees or costs to any party.

DATED this __10th__ day of June, 2022.

_____
Hon. John H. Chun
UNITED STATES DISTRICT JUDGE

Presented by:

LEGROS BUCHANAN & PAUL

By: _s/Daniel J. Park_
    DANIEL J. PARK, WSBA #43748
    ERIC R. MCVITTIE, WSBA #20538
    PETER J. BALZARINI, WSBA # 52854
    Attorneys for Defendant

And by:

KRAFT DAVIES OLSSON, PLLC

By: _s/Richard J. Davies_
    RICHARD J. DAVIES, WSBA #25365
    MARISSA A. OLSSON, WSBA #43488
    Attorneys for Plaintiff

{29737-00825050;2}
STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – Page 3
No. 3:21-cv-05644

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

# CERTIFICATE OF SERVICE

The undersigned certifies that on this day she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable John H. Chun, and serve it on all associated counsel:

> Richard J. Davies
> Marissa A. Olsson
> KRAFT DAVIES OLSSON, PLLC
> 600 University Street, Suite 1904
> Seattle, Washington 98101
> Telephone: 206-624-8844
> E-mail: RJD@admiralty.com
> E-mail: MAO@admiralty.com
> Attorneys for Plaintiff

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 10th day of June, 2022.

> *s/Jamie Porter*
> Jamie Porter, Legal Assistant
> 4025 Delridge Way S.W., Suite 500
> Seattle, Washington 98106
> Telephone: 206.623.4990
> Facsimile: 206.467.4828
> Email: jporter@legros.com

{29737-00825050;2}
STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – Page 4
No. 3:21-cv-05644

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990